```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09113
   IWONA KOZIEL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-7457


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/14/2008 and was not confirmed.

      The case was dismissed without confirmation 07/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED            654.71           .00            .00
COMMONWEALTH EDISON        UNSECURED           1135.36           .00            .00
BURLINGTON COAT FACTORY    UNSECURED         NOT FILED           .00            .00
LVNV FUNDING               UNSECURED            640.19           .00            .00
HSBC                       UNSECURED            662.41           .00            .00
HSBC/BEST BUY              UNSECURED         NOT FILED           .00            .00
OUR LADY OF THE RESURREC   UNSECURED         NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           1242.34           .00            .00
PHARIA LLC                 UNSECURED            283.55           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED            532.34           .00            .00
AMERICAN HONDA FINANCE C   SECURED VEHIC          .00            .00            .00
COOK COUNTY TREASURER      SECURED            2800.00           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    22000.00            .00            .00
OCWEN FEDERAL BANK         CURRENT MORTG         .00            .00            .00
OCWEN FEDERAL BANK         MORTGAGE ARRE     9278.49            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00            .00
US BANK NA                 NOTICE ONLY      NOT FILED           .00            .00
US BANK NATIONAL           NOTICE ONLY      NOT FILED           .00            .00
TALCOTT PRIMARY CARE       UNSECURED        NOT FILED           .00            .00
US BANK NATIONAL           NOTICE ONLY      NOT FILED           .00            .00
MICHAEL J WORWAG           DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09113 IWONA KOZIEL
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                    ---------------   ---------------
TOTALS                                          .00               .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 10/29/08                  _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 08 B 09113 IWONA KOZIEL